Date: 01/03/11     *RECP #151640    CK #112*     Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 112 Dated 01/03/11
Case Number 10-13268 - MESNICK, ROSS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| HSBC BANK - Payment Alliance International<br>1665 Palm Beach Lakes Blvd.<br>Suite 200<br>West Palm Beach, FL 33401<br>  (7-1) Services Performed<br>  490800005030 | 000007 | 22.50 | 1.24 |
| ---------- Remittance Total --------------- | | 22.50 | 1.24 |

*[signature]*
DAVIS, STEVEN R., Trustee

FILED 2011 JAN -6 PM 1:55 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND